**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BABER, an individual, on behalf of himself and all others similarly situated and aggrieved,<br><br>        Plaintiff,<br><br>        v.<br><br>NESPRESSO USA, INC., a Delaware corporation; NESTLE USA, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:20-cv-06533 FMO (SPx)<br><br>**ORDER GRANTING JOINT STIPULATION [32] TO TRANSFER THIS ACTION TO THE NORTHERN DISTRICT**<br><br>Complaint Filed:  June 3, 2020<br>Removed:       July 22, 2020<br>Trial Date:       None Set<br>_____ |

[PROPOSED] ORDER RE STIPULATION TO TRANSFER THIS ACTION TO THE NORTHERN DISTRICT

# ORDER

Having reviewed and considered the foregoing joint stipulation to transfer this action to the Northern District pursuant to 28 U.S.C. § 1404, the Court hereby GRANTS the Parties; stipulation to transfer and ORDERS as follows:

1.  The above-captioned action shall be transferred to the United States District for the Northern District of California pursuant to 28 U.S.C. § 1404.

IT IS SO ORDERED:

Dated: January 20, 2021

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge